```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA,    )   Case. No. CR-S-09-0066 GEB
13                               )
                 Plaintiff,      )
14                               )   STIPULATION CONTINUING STATUS
                                 )   CONFERENCE;
15       v.                      )   and [proposed] ORDER
                                 )
16  HAIYING FAN,                 )
                                 )
17                               )   Date: August 3, 2012
                 Defendant.      )   Time: 9:00 a.m.
18                               )   Hon. Garland E. Burrell, Jr.
                                 )
19
20
21       It is hereby stipulated by and between the United States of
22  America through its attorney, and defendant Haiying Fan, through her
23  attorney, that the status conference hearing set for June 22, 2012,
24  be vacated, and a status conference hearing be set for August 3,
25  2012 at 9:00 a.m.  In addition to the voluminous discovery
26  originally produced in this case, the parties have received and are
27  examining additional materials from the State Department of Real
28  Estate which relate to the underlying facts in this case. As stated
    previously, the parties believe that analysis of these materials may
                                    1
```

aid in achieving resolution of this case, and is necessary to prepare the case for trial in any event. Thus, the parties stipulate that the ends of justice are served by the Court excluding the time between June 22, 2012, and August 3, 2012. The parties request that time be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: June 21, 2012  /s/ Philip A. Ferrari for
KELLY BABINEAU, ESQ.
Attorney for Defendant Fan

DATED: June 21, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for June 22, 2012, is vacated, and a new status conference is set for August 3, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through August 3, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: June 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2