```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7
 8
                 IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
    UNITED STATES OF AMERICA,   )   Case. No. CR-S-09-0066 GEB
13                              )
                 Plaintiff,     )
14                              )   STIPULATION CONTINUING STATUS
                                )   CONFERENCE;
15       v.                     )   and  ORDER
                                )
16  HAIYING FAN,                )
                                )
17                              )   Date: August 10, 2012
                 Defendant.     )   Time: 9:00 a.m.
18                              )   Hon. Garland E. Burrell, Jr.
                                )
19
20
21      It is hereby stipulated by and between the United States of
22  America through its attorney, and defendant Haiying Fan, through her
23  attorney, that the status conference hearing set for August 3, 2012,
24  be vacated, and a status conference hearing be set for August 10,
25  2012 at 9:00 a.m.  The parties are engaged in negotiations to
26  resolve the case and require additional time to research and review
27  applicable Guideline provisions.  The parties stipulate that the
28  ends of justice are served by the Court excluding the time between
    August 3, 2012, and August 10, 2012.  The parties request that time
                                  1
```

be excluded based upon counsel's need for reasonable time to prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

DATED: August 2, 2012        /s/ Philip A. Ferrari for
                             KELLY BABINEAU, ESQ.
                             Attorney for Defendant Fan

DATED: August 2, 2012        BENJAMIN B. WAGNER
                             United States Attorney

                       By:   /s/ Philip A. Ferrari
                             PHILIP A. FERRARI
                             Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for August 3, 2012, is vacated, and a new status conference is set for August 10, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through August 10, 2012, pursuant to local code T4. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge