```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    MICHELE BECKWITH
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2744
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  Case. No. CR-S-09-0066 GEB
                                 )
12            Plaintiff,         )
                                 )  STIPULATION CONTINUING STATUS
13                               )  CONFERENCE;
         v.                      )  and [proposed] ORDER
14                               )
    MITCHELL WRIGHT,             )  Date: February 1, 2013
15                               )  Time: 9:00 a.m.
              Defendant.         )  Hon. Garland E. Burrell, Jr.
16                               )
                                 )
17  ─────────────────────────────
```

18      The United States of America and defendant Mitchell Wright
19 hereby request that the Court vacate the status conference currently
20 scheduled for August 31, 2012, and set a new status conference to
21 occur on February 1, 2013.  The defendant agreed to resolve his
22 matter through a plea to a misdemeanor charge and on May 30, 2012,
23 he entered that plea.  His hearing on judgment and sentence is
24 currently set to occur before the Magistrate on January 28, 2013.
25 Following sentencing, the government anticipates filing with this
26 Court a motion to dismiss the charges against Mr. Wright in the
27 pending indictment in accordance with the terms of the plea
28 agreement.  If Mr. Wright fulfills his obligations under the plea
   agreement, the government anticipates filing the motion to dismiss

                                1

on or before February 1, 2013.

The parties stipulate that the ends of justice are served by the Court excluding the time between August 31, 2012, and February 1, 2013, so that the defendant may continue to fulfill his obligations under the plea agreement to the misdemeanor charge, which will likely result in the dismissal of the pending felony charges in this case. 18 U.S.C. §3161(h)(1) (other proceedings concerning the defendant) / Local Code C (other charges pending).

DATED: August 30, 2012          /s/ Philip A. Ferrari for
                                SCOTT SUGARMAN, ESQ.
                                Attorney for Defendant M. Wright

DATED: August 30, 2012          BENJAMIN B. WAGNER
                                United States Attorney

                           By:  /s/ Philip A. Ferrari
                                PHILIP A. FERRARI
                                Assistant U.S. Attorney

IT IS ORDERED that the status conference currently set for August 30, 2012, is vacated, and a new status conference is set for February 1, 2013, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h), and time is excluded under the Speedy Trial Act through February 1, 2013. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED**.

Dated: August 31, 2012

                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge