BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
MICHELE M. BECKWITH
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR S 09-0066-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS AS TO |
| v. | ) | DEFENDANT GARY GEORGE; |
| | ) | [Proposed] ORDER |
| GARY GEORGE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Gary George was offered and accepted the opportunity to resolve his matter through pre-trial diversion, and on March 23, 2012, he was placed on a six-month term of diversion supervision. On September 13, 2012, Pre-Trial Services advised my office that Mr. George has remained in compliance with the terms of his supervision. His diversionary term is set to terminate on Sunday, September 23, 2012. Consistent with the recommendation of Pre-Trial Services, and pursuant to Rule 48(a),

1

the government moves to dismiss Counts 1 and 6 pending against defendant Gary George, as to Gary George only, in the Indictment (Docket, #1) returned in the above-referenced case.  In light of this motion, the government also requests that the status conference in this matter, currently set for Friday, September 21, 2012, be vacated.

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: September 20, 2012      By:  /s/ Philip A. Ferrari
                                        PHILIP A. FERRARI
                                        Assistant U.S. Attorney

## O R D E R

Good cause having been shown, the Court hereby grants leave to the United States under Rule 48(a) to dismiss Counts 1 and 6 against Gary George, as to Gary George only, in the Indictment (Docket, #1) returned in the above referenced case.  The motion is GRANTED and those charges are hereby DISMISSED as to defendant Gary George.  The status conference currently set for Friday, September 21, 2012 is hereby VACATED.

    IT IS SO ORDERED.

Dated:  September 20, 2012

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge